# EXHIBIT B

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division
### 500 Indiana Avenue, NW
#### Washington, D.C. 20001

**February 28, 2018**

CASE NAME:    ROGER ROSENDAHL  **vs**  STOEL RIVES, LLP, et al
CASE NO.    2017 CA 008490 B

Plaintiff having failed to file an affidavit evidencing service on the defendant within the time frame allowed by Rule 4 (m), the Clerk hereby enters a dismissal of the complaint without prejudice.

versus

STOEL RIVES, LLP, BRADLEY TELLAM

DAVID QUINBY, ANDREW MORATZKA

MARK MORFORD, GREGORY JENNER

### ORDER OF DISMISSAL

422696



D. C. Superior Court
500 Indiana Avenue NW
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

STOEL RIVES, LLP
601 Thirteenth Street, NW, Suite 850N
WASHINGTON, DC 20005

2017 CA 008490 B

SEE REVERSE SIDE FOR
OPENING INSTRUCTIONS

SEE REVERSE SIDE FOR
OPENING INSTRUCTIONS

CAOOD-4m.doc

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division
### 500 Indiana Avenue, NW
#### Washington, D.C. 20001

**February 28, 2018**

CASE NAME:    ROGER ROSENDAHL  **vs**  STOEL RIVES, LLP, et al
CASE NO.    2017 CA 008490 B

Plaintiff having failed to file an affidavit evidencing service on the defendant within the time frame allowed by Rule 4 (m), the Clerk hereby enters a dismissal of the complaint without prejudice.

versus

STOEL RIVES, LLP, BRADLEY TELLAM

DAVID QUINBY, ANDREW MORATZKA

MARK MORFORD, GREGORY JENNER

## ORDER OF DISMISSAL



D. C. Superior Court
500 Indiana Avenue NW
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

BRADLEY TELLAM
760 SW 9th Avenue
#3000
PORTLAND, OR 97205

2017 CA 008490 B

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

422696

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division
### 500 Indiana Avenue, NW
#### Washington, D.C. 20001

**February 28, 2018**

CASE NAME:   ROGER ROSENDAHL  **vs**  STOEL RIVES, LLP, et al
CASE NO.    2017 CA 008490 B

Plaintiff having failed to file an affidavit evidencing service on the defendant within the time frame allowed by Rule 4 (m), the Clerk hereby enters a dismissal of the complaint without prejudice.

versus

STOEL RIVES, LLP, BRADLEY TELLAM

DAVID QUINBY, ANDREW MORATZKA

MARK MORFORD, GREGORY JENNER

## ORDER OF DISMISSAL



D. C. Superior Court
500 Indiana Avenue NW
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

DAVID QUINBY
33 South 6th Street
MINNEAPOLIS, MN 55402

2017 CA 008490 B

CAOOD-4m.doc

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division
### 500 Indiana Avenue, NW
Washington, D.C. 20001

**February 28, 2018**

CASE NAME: ROGER ROSENDAHL **vs** STOEL RIVES, LLP, et al

CASE NO. 2017 CA 008490 B

Plaintiff having failed to file an affidavit evidencing service on the defendant within the time frame allowed by Rule 4 (m), the Clerk hereby enters a dismissal of the complaint without prejudice.

versus

STOEL RIVES, LLP, BRADLEY TELLAM

DAVID QUINBY, ANDREW MORATZKA

MARK MORFORD, GREGORY JENNER

## ORDER OF DISMISSAL

422696



D. C. Superior Court
500 Indiana Avenue NW
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

ANDREW MORATZKA
33 South 6th Street
MINNEAPOLIS, MN 55402

2017 CA 008490 B

SEE REVERSE SIDE FOR
OPENING INSTRUCTIONS

SEE REVERSE SIDE FOR
OPENING INSTRUCTIONS

CAOOD-4m.doc

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division
### 500 Indiana Avenue, NW
Washington, D.C. 20001

**February 28, 2018**

CASE NAME:  ROGER ROSENDAHL  **vs**  STOEL RIVES, LLP, et al

CASE NO.  2017 CA 008490 B

Plaintiff having failed to file an affidavit evidencing service on the defendant within the time frame allowed by Rule 4 (m), the Clerk hereby enters a dismissal of the complaint without prejudice.

versus

STOEL RIVES, LLP, BRADLEY TELLAM

DAVID QUINBY, ANDREW MORATZKA

MARK MORFORD, GREGORY JENNER

### ORDER OF DISMISSAL



D. C. Superior Court
500 Indiana Avenue NW
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

MARK MORFORD
760 SW 9th Avenue
#3000
PORTLAND, OR 92705

2017 CA 008490 B

CAOOD-4m.doc

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division
### 500 Indiana Avenue, NW
Washington, D.C.  20001

**February 28, 2018**

CASE NAME:    ROGER ROSENDAHL  **vs**  STOEL RIVES, LLP, et al
CASE NO.    2017 CA 008490 B

Plaintiff having failed to file an affidavit evidencing service on the defendant within the time frame allowed by Rule 4 (m), the Clerk hereby enters a dismissal of the complaint without prejudice.

versus

STOEL RIVES, LLP, BRADLEY TELLAM
_____

DAVID QUINBY, ANDREW MORATZKA
_____

MARK MORFORD, GREGORY JENNER
_____

## ORDER OF DISMISSAL



D. C. Superior Court
500 Indiana Avenue NW
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

GREGORY JENNER
601 Thirteenth Street, NW, Suite 850N
WASHINGTON, DC 20005

2017 CA 008490 B

CAOOD-4m.doc

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division
### 500 Indiana Avenue, NW
#### Washington, D.C. 20001

**February 28, 2018**

CASE NAME:    ROGER ROSENDAHL  **vs**  STOEL RIVES, LLP, et al
CASE NO.    2017 CA 008490 B

Plaintiff having failed to file an affidavit evidencing service on the defendant within the time frame allowed by Rule 4 (m), the Clerk hereby enters a dismissal of the complaint without prejudice.

versus

STOEL RIVES, LLP, BRADLEY TELLAM

DAVID QUINBY, ANDREW MORATZKA

MARK MORFORD, GREGORY JENNER

## ORDER OF DISMISSAL



D. C. Superior Court
500 Indiana Avenue NW
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

ROGER ROSENDAHL
1 OLD FORGE ROAD
GREENWICH, CT 06830

2017 CA 008490 B

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

422696

CAOOD-4m.doc