# EXHIBIT D

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| ROGER ROSENDAHLO, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>STOEL RIVES LLP, et al., )<br>)<br>*Defendants*. )<br>) | Civil Case No. 2017 CA 008490 B<br>Calendar 13<br>Judge John M. Campbell |

## ORDER

This is before the Court on the plaintiff's Motion to Reopen Case. The Court takes this as a motion to vacate dismissal under Civil Rule 41(b)(3). The plaintiff attaches copies of signed certified mail receipts showing service on the defendants. Accordingly, it is this 9th day of July 2018

ORDERED, that the dismissal of this case is VACATED; and it is further

ORDERED, that the case is set for an initial scheduling conference on September 14, 2018 at 9:30 a.m. in Courtroom 519.

John M. Campbell<br>
Associate Judge

Copies to:

Roger Rosendahlo
1 Old Forge Road
Greenwich, CT 06830
*Via CaseFileXpress*

Stoel Rives LLP
601 Thirteenth Street, NW, Suite 850N
Washington, DC 20005

Gregory Jenner
Stoel Rives LLP
601 Thirteenth Street, NW, Suite 850N
Washington, DC  20005

Bradley Tellam
Stoel Rives LLP
760 SW 9th Avenue #3000
Portland, Oregon 97205

David Quinby
Stoel Rives LLP
33 South 6th Street
Minneapolis, MN  55402

Andrew Moratzka
Stoel Rives LLP
33 South 6th Street
Minneapolis, MN  55402

Mark Morford
Stoel Rives LLP
760 SW 9th Avenue #3000
Portland, Oregon 97205\