UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER ROSENDAHL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STOEL RIVES, LLP, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. **18-cv-1731** |

**DECLARATION OF BRADLEY F. TELLAM IN SUPPORT OF
NOTICE OF REMOVAL TO FEDERAL COURT**

I, Bradley F. Tellam, hereby declare as follows:

1. I am over 18 years old, and am a partner at Stoel Rives, LLP ("Stoel Rives" or the "Firm"). I also serve as the Firm's Chief Operating Officer, a role I have held since approximately January 1, 2016. Between July 1, 2014 and January 1, 2016, I was the Firm's Chief Administrative Officer. The facts set forth within this Declaration are based on my personal knowledge, except as might otherwise be indicated.

2. Stoel Rives is an Oregon limited liability partnership. The Firm is headquartered in Portland, Oregon, with nine (9) other offices in cities across the United States. Stoel Rives does not maintain an office in the State of Connecticut. Stoel Rives presently has 210 partners. In connection with this lawsuit, I have verified that no Stoel Rives partner is a citizen of, or maintains a residence in, the State of Connecticut.

3. As for the Stoel Rives partners who have been named individually as defendants in this action, in particular, I know or have verified that: Mark Morford and I are citizens of the State of Oregon, where we each reside; Andrew Moratzka and David Quinby are citizens of the

State of Minnesota, where they reside; and Gregory Jenner is a citizen of the Commonwealth of Virginia, where he resides.

Pursuant to 28 U.S.C. § 1746, I solemnly affirm under the penalties of perjury that the foregoing statements are true to the best of my knowledge, information, and belief.

Executed at Portland, Oregon, this 23rd day of July, 2018.

_____
Bradley F. Tellam

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July 2018, a true and correct copy of the foregoing **DECLARATION OF BRADLEY F. TELLAM IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT** has been served on the parties listed below via first-class mail:

Roger Rosendahl
1 Old Forge Road
Greenwich, CT 06830

Plaintiff, *pro se*

/s/ Matthew J. Sharbaugh
Matthew J. Sharbaugh, Esq