UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ROGER ROSENDAHL**
1 Old Forge Road
Greenwich, CT 06830

    Plaintiff,

Versus

**STOEL RIVES, LLP.**
760 SW 9th Avenue #3000
Portland, Oregon 97205

**MARK MORFORD**
1109 NW Greenleaf Road
Portland, Oregon 97229

**BRADLEY TELLAM**
11144 SW Collina Avenue
Portland, Oregon 97219

**ANDREW MORATZKA**
2437 Humboldt Avenue S.
Minneapolis, MN 55405

**DAVID QUINBY**
2145 Weston Lane
Plymouth, Minnesota 55447

**GREGORY JENNER**
5416 22ND Road N
Arlington, Virginia 22205

    Defendants.

Civil Action No. 18-CV-1731
**Notice of Dismissal**



RECEIVED
Mail Room

AUG - 1 2018

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

    PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the above-entitled action is hereby dismissed without prejudice.

DATED: July 27, 2018

                                                            Roger Rosendahl
                                                            1 Old Forge Road,
                                                            Greenwich, CT 06830

M. SENDAM
1 Old Fork Road
Greenwich, CT 06830

BY HAND

Clerk
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001
Room 1225